**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7427**

———————

RICKEY JAMES SHEPARD,

                              Petitioner - Appellant,

        versus

RICKIE  HARRISON,  Warden  of  Kershaw  Correc-
tional Institution; CHARLES M. CONDON,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Dennis W. Shedd, District Judge.
(CA-00-2794-7-19BG)

———————

Submitted:  October 18, 2001        Decided:  October 30, 2001

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Rickey James Shepard, Appellant Pro Se.  Derrick K. McFarland,
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rickey James Shepard appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Shepard v. Harrison, No. CA-00-2794-7-19BG (D.S.C. July 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED